UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JESSE A RILEY,

        Plaintiff,

v.                                       Case No. 18-cv-745-pp

LIFE INSURANCE COMPANY OF NORTH
AMERICA (d/b/a CIGNA Group Insurance);
KINDER MORGAN, INC.; and GROUP POLICY
NUMBER LK-980145,

        Defendants.

**ORDER APPROVING STIPULATION (DKT. NO. 8), EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND DISMISSING DEFENDANTS KINDER MORGAN, INC. AND POLICY NUMBER LK-980145 FROM THE CASE**

        On July 13, 2018, the parties filed a stipulation, stating that they had reached an agreement regarding certain defendants and asked the court to enter an order reflecting those agreements. Dkt. No. 8. The parties had agreed that defendant Life Insurance Company of North America (d/b/a CIGNA Group Insurance) ("LINA") is the proper defendant in the case, and that LINA would be responsible for the payment of any long-term disability benefits that the court might award. Id. The parties asked the court to dismiss the remaining defendants, Kinder Morgan Inc. and Group Policy Number LK-980145, from the lawsuit. Id.

        The court **APPROVES** the parties' stipulation. Dkt. No. 8.

1

The court **ORDERS** that defendant Kinder Morgan, Inc. is **DISMISSED WITH PREJUDICE**.

The court **ORDERS** that defendant Group Policy Number LK-980145 is **DISMISSED WITHOUT PREJUDICE**.

The court **ORDERS** *nunc pro tunc* that the deadline for defendant LINA to answer or otherwise respond to the complaint is **EXTENDED** to the end of the day on **June 29, 2018.**

Dated in Milwaukee, Wisconsin this 6th day of July, 2018.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**